IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEYENNE BOYER,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIMORTGAGE, INC.,<br><br>    Defendant.<br>                                  / | No. C 10-05060 WHA<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

     This action has just been reassigned to the undersigned. Plaintiff's motion for a preliminary injunction requests that defendant be enjoined from foreclosing on the subject property, but it also states that the foreclosure occurred on October 12, 2010. The motion is therefore **DENIED AS MOOT**.

     **IT IS SO ORDERED.**

Dated: November 22, 2010.

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE