United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   CHEYENNE BOYER,                              No. C 10-05060 WHA
11              Plaintiff,
12     v.                                         **ORDER DENYING PLAINTIFF'S
                                                  MOTION FOR PERMISSION TO
13   CITIMORTGAGE, INC.,                          E-FILE**
14              Defendant.
15   _____/
16         Plaintiff Cheyenne Boyer moves for permission to electronically file documents in the
17   above-captioned matter on the Court's electronic case filing system.  Mr. Boyer's motion does not
18   state, however, that he agrees to follow all court rules pertaining to electronic filing, nor that he
19   can meet the technical requirements for e-filing.  As such, Mr. Boyer's motion for permission to
20   e-file is **DENIED** without prejudice.  He may resubmit his request with the appropriate
21   information.  To help him understand the steps to take, he is advised to consult the following
22   website: https://ecf.cand.uscourts.gov/cand/newreg/reg-pro-se-reg.htm.
23
24         **IT IS SO ORDERED.**
25
26   Dated:  December 9, 2010.
27                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
28