# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

**Cheyenne B oyer**

       Plaintiff

   VS

**Citimortgage, Inc.**

       Defendant

Case # C10-05060 WHA

**ORDER FOR ENLARGEMENT OF TIME TO FILE MOTION FOR FIRST AMENDED COMPLAINT**

The deadline for plaintiff to file his motion for leave to file a first amended complaint is extended to **March 10, 2011**. No more extensions will be granted.

Date: February 17, 2011.

WILLIAM ALSUP
United States District Judge