IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEYENNE BOYER,

    Plaintiff,

  v.

CITIMORTGAGE, INC.,

    Defendant.

No. C 10-05060 WHA

**ORDER OF DISMISSAL**

Plaintiff's complaint was dismissed but he was given an opportunity to file a motion for leave to file an amended complaint. He was warned explicitly that if he failed to file a motion by the deadline, his case would be dismissed (Dkt. No. 17). He has failed to file a motion, so this case is dismissed. Judgment will be entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: March 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE